Richard E. HENLEY

v.

ALABAMA BD. OF PARDONS
& PAROLES

CR-13-1509

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

Torrance Perrin VINCENT

v.

STATE

CR-13-1510

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/13/2015

Affirmed

Dionea JENKINS

v.

STATE

CR-13-1517

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

Corven A. PORTER

v.

ALABAMA DEP'T OF CORR.

CR-13-1518

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

Joy Grace HUDSON

v.

STATE

CR-13-1522

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed